UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-60059-CIV-SEITZ/MCALILEY

JAMES D. BROUNER

    Plaintiff,

v.

OSI COLLECTION SERVICES, INC.,

    Defendant.
_____/

### ORDER ON THE FEBRUARY 20, 2007 STATUS CONFERENCE

THIS MATTER is before the Court on the February 20, 2007 Status Conference. At the status conference, the Court and the parties agreed that because of the small amount in controversy, the parties would make good faith efforts to resolve this matter by February 28, 2007. Further, in the event that the matter cannot be resolved expeditiously, the Court advised the parties that this case will be on an expedited track with a potential trial date in May or June 2007. The parties were also asked whether they would consent to having Magistrate Judge Turnoff conduct any and all further proceedings in the case, including trial. Accordingly, it is hereby

ORDERED that the parties shall submit a notice by **March 1, 2007** advising whether they can resolve the matter through a settlement. In the event the parties are unable to do so, the parties shall submit their Joint Scheduling Report as promptly as possible, but not later than **March 21, 2007**, indicating whether they consent to having Magistrate Judge Turnoff conduct all further proceedings in the case, including trial.

DONE AND ORDERED at Miami, Florida, this 20th day of February, 2007.

                    */s/ Patricia A. Seitz*
                    PATRICIA A. SEITZ
                    UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record